**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

HELEN KRUKAS, *et al.*,

               Plaintiffs,

         v.

AARP, INC., *et al.*,

               Defendants.

Civil Action No. 18-1124 (BAH)

Chief Judge Beryl A. Howell

## ORDER

Upon consideration of defendants' Motion for Summary Judgment, ECF No. 95, plaintiffs' Motion for Class Certification, ECF No. 56, the memoranda submitted in support and opposition, and the entire record herein, for the reasons stated in the accompanying Memorandum Opinion issued contemporaneously with this Order, it is hereby

**ORDERED** that defendants' Motion for Summary Judgment, ECF No. 95, is GRANTED; it is further

**ORDERED** that this case is dismissed for lack of standing; it is further

**ORDERED** that plaintiffs' Motion for Class Certification, ECF No. 56, is DENIED AS MOOT, in light of the dismissal of this case; and it is further

**ORDERED** that the Clerk of the Court shall close this case.

**SO ORDERED.**

*This is a final and appealable Order.*

Date:  November 2, 2021

 

                              _____
                              BERYL A. HOWELL
                              Chief Judge